Ck #107
Rec. #151867

Case Number 09-22285 - WARNER, DOUGLAS

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| The Swiss Colony<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | 000005 | 52.89 | 4.07 |
| ---------- Remittance Total ---------- | | 52.89 | 4.07 |

*[signature]*
LAUREN A. HELBLING, Trustee

FILED 2011 FEB 14 AM 11:25
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND